**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Case No. 20-12600-KHK |
| HCB (2020), LLC, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| KEVIN R. MCCARTHY, solely in his capacity as ) | |
| CHAPTER 7 TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | Adv. Pro. No. 22-01074-KHK |
| ) | |
| v. ) | |
| ) | |
| METROPOLITAN SUTTON ASSOCIATES, ) | |
| LLC, d/b/a AKA SUTTON PLACE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, as incorporated into this proceeding by Rule 7041 of the Federal Rules of

Bankruptcy Procedure, Plaintiff Kevin R. McCarthy, chapter 7 trustee for the bankruptcy estate

of debtor HCB (2020), LLC pending as case no. 20-12600-KHK, by and through his undersigned

special counsel, hereby dismisses this adversary proceeding against Metropolitan Sutton

Associates, LLC d/b/a AKA Sutton Place in its entirety and with prejudice.

_____
WHITEFORD, TAYLOR & PRESTON, LLP
Bradford F. Englander (VSB # 36221)
Joshua D. Stiff (VSB # 86105)
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
(703) 280-9081
(703) 280-3370 (facsimile)
benglander@wtplaw.com
jstiff@wtplaw.com

*Special Counsel for Kevin R. McCarthy,*
*Chapter 7 Trustee*

Dated: December 8, 2023

Respectfully submitted,

KEVIN R. McCARTHY, CHAPTER 7 TRUSTEE
FOR THE BANKRUPTCY ESTATE OF HCB
(2020), LLC

/s/ *Joshua D. Stiff*

Bradford F. Englander (VSB No. 36221)
Joshua D. Stiff (VSB No. 86105)
WHITEFORD, TAYLOR & PRESTON L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Telephone:    (703) 280-9081
Facsimile:    (703) 280-3370
E-Mail:       benglander@whitefordlaw.com
              jstiff@whitefordlaw.com

*Special Counsel for Kevin R. McCarthy, Chapter 7
Trustee for the Bankruptcy Estate of HCB (2020),
LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 8, 2023, the foregoing *Notice of Dismissal of Adversary Proceeding* was filed with the Clerk of Court using the CM/ECF system, which caused the same to be served upon all parties registered to receive CM/ECF notice in the above-captioned matter, and was served via first class mail, postage pre-paid, to the following parties:

Sally E. Veghte
KLEHR HARRISON HARVEY BRANZBURG, LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801

A copy of the foregoing was also served via email to the following:

Sally E. Veghte          sveghte@klehr.com

/s/ *Joshua D. Stiff*